UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ, | No. C 07-326 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| EVERETT W. FISCHER; et al., | |
| Defendants. | |

Plaintiff's motion to compel discovery responses is DENIED. (Docket # 46.) As plaintiff conceded in his reply brief, he did not make a good faith effort to meet and confer to attempt to resolve the discovery dispute before filing the motion. The denial of the motion is without prejudice to him filing a new motion, should that be necessary after the meet-and-confer process concludes.

Plaintiff's request for an extension of time to file his opposition to defendants' motion for summary judgment is GRANTED. (Docket # 51.) No later than **July 31, 2009**, plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment. No later than **August 21, 2009**, defendants must file and serve their reply (if any) in support of the motion for summary judgment.

IT IS SO ORDERED.

Dated: July 2, 2009

_____
Marilyn Hall Patel
United States District Judge