IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>       Plaintiff,<br><br>v.<br><br>EVERETT W. FISCHER, et al.,<br><br>       Defendants. | Case No. C 07-00326 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE HIS SUMMARY JUDGMENT MOTION |

  Defendant J. Harrison has requested a fourteen-day extension of time, up to and including June 11, 2010, to file his summary-judgment motion.

  The Court has read and considered Defendant's request and good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including June 11, 2010, to file his summary-judgment motion is GRANTED.

Dated: __5/24/2010__

                    The Honorable Marilyn H. Patel
                    United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed/stamped)*