UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERETT W. FISCHER; et al.,<br><br>    Defendants.                           / | No. C 07-326 MHP (pr)<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL AND SETTING BRIEFING SCHEDULE** |

    Defendant has filed a motion to file three exhibits and one paragraph of a declaration under seal. Defendant has demonstrated that the confidential information in the documents and the declaration, if disclosed, would create a severe risk to the safety of other prisoners and institutional security. Upon due consideration, defendant's motion to file documents under seal is GRANTED. (Docket # 77.) Exhibits C, D and F attached to the declaration of J. Harrison and paragraph 8(c) of the May 21, 2010 Declaration of John Harrison In Support of Defendant's Motion For Summary Judgment will be filed under seal and not available for inspection by the public or plaintiff absent a court order permitting such inspection. The documents will <u>remain sealed for fifty years or until destroyed</u> in conformance with the normal records destruction policy of the United States Courts, whichever occurs first.

    Defense counsel must e-file the sealed documents in accordance with the instructions in Northern District of California General Order 62, adopted on April 27, 2010. If defendant's counsel has not yet done so, he must mail to plaintiff a copy of the Harrison declaration with paragraph 8(c) redacted no later than **five days** after the date of this order.

The court now sets the following briefing schedule for defendant's motion for summary judgment filed on June 10, 2010:

1. No later than **July 19, 2010**, plaintiff must file and serve upon defendant's counsel his opposition to the summary judgment.  Plaintiff must bear in mind the notice and warning regarding summary judgment from the order of service as he prepares his opposition to any summary judgment motion.

2. If defendant wishes to file a reply brief, the reply brief must be filed and served no later than **August 6, 2010**.

Due to the advanced age of this case and the narrowness of the issues remaining for adjudication, the parties should not expect to receive extensions of any of the deadlines set above except upon a specific showing of good cause.

IT IS SO ORDERED.

Dated: July 1, 2010

_____
Marilyn Hall Patel
United States District Judge